WAYNE C. MAYER (62031)
Law Offices of Wayne C. Mayer
4619 Van Dyke Avenue
San Diego, CA 92116
(619) 281-9263
fax (619) 281-2963

Attorney for Material Witness: MIRTA LUNA PORTILLO
HECTOR GUZMAN GARCIA
JAIME ANTONIO PRECIADO GARCIA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>SERGIO PRECIADO DIAZ; CONCEPCION GARCIA OROZCO,<br><br>Defendants. | Case No.: 07 MJ 2966<br><br>NOTICE OF MOTION AND MOTION FOR VIDEOTAPE DEPOSITION OF MATERIAL WITNESSES MIRTA LUNA PORTILLO, HECTOR GUZMAN GARCIA, JAIME ANTONIO PRECIADO GARCIA AND REQUEST FOR STATEMENT OF REASONS IN SUPPORT OF CUSTODY<br><br>DATE: 1/22/08<br>TIME: 9:30 a.m.<br>DEPT: Magistrate Papas |

PLEASE TAKE NOTICE that on **January 22, 2008 at 9:30 a.m.** or as soon thereafter as counsel may be heard, material witness MIRTA LUNA PORTILLO, HECTOR GUZMAN GARCIA and JAIME ANTONIO PRECIADO GARCIA (hereafter "Material Witnesses") by and through his counsel, Wayne C. Mayer will bring a motion for a court order to take the Material Witnesses' videotaped deposition.

/////

/////

## MOTION

Material Witnesses, pursuant to Federal Rules of Criminal Procedure, Rule 15, and Title 18 U.S.C. sec. 3144, hereby moves this court for an order to take their deposition by videotape and release them at the conclusion of the deposition. If the Court denies this motion, then Material Witnesses further requests the United States Attorney's office provide the witnesses with a Statement of Reasons in Support of Custody in accordance with Federal Rules of Criminal Procedure, Rule 46(g).

This Motion is based upon this Notice, the Memorandum of Points and Authorities in Support thereof, the Declaration of Wayne C. Mayer, the files and records in the above entitled cause, and any and all other information brought to the Court's attention prior to or during the hearing on this motion.

Dated: January 3, 2008

Respectfully submitted,

________________________________

Wayne C. Mayer
Attorney for Material Witnesses
MIRTA LUNA PORTILLO,
HECTOR GUZMAN GARCIA
JAIME ANTONIO PRECIADO GARCIA