Mayfield & Associates - Attorneys at Law
Gayle Mayfield-Venieris, Esq., Bar No. 149296
Melissa L. Bustarde, Esq. Bar., No. 239062
Christopher Y. Lock, Esq., Bar No. 246815
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066
Tel: (858) 793-8090
Fax: (858) 793-8099

Attorneys for: Material Witnesses FERNANDO HERNANDEZ-VAZQUEZ and JOSE SANCHEZ-RUBI

Mayfield & Associates
Attorneys at Law
462 Stevens Avenue, Suite 303
Solana Beach, CA 92075-2066

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE VILLAREAL-RAMOS (1),<br>CONCEPCION GARCIA-OROZCO (2),<br>ISAAC RAMIREZ-MARQUEZ (3),<br>SERGIO PRECIADO-DIAZ (4),<br><br>Defendants. | Criminal Case No. 08 cr 0095<br>Mag. Docket No. 07 mj 2930<br><br>**JOINDER OF MATERIAL WITNESSES FERNANDO HERNANDEZ-VASQUEZ AND JOSE SANCHEZ-RUBI TO MOTION FOR VIDEO DEPOSITION AND RELEASE**<br><br>JUDGE: Hon. Leo S. Papas<br>CRTRM: G<br><br>DATE: TBD<br>TIME: TBD |

FERNANDO HERNANDEZ-VAZQUEZ ("**HERNANDEZ**") and JOSE SANCHEZ-RUBI (**"SANCHEZ")** by and through their attorney of record JOIN the Motion for Video Deposition and Release filed by material witnesses HECTOR GUZMAN-GARCIA ("**GUZMAN"**), MIRTA LUNA PORTILLO (**"LUNA"**), and JAIME PRECIADO-GARCIA (**"PRECIADO"**). The Motion for Video Deposition and Release was filed by GUZMAN, LUNA, and PRECIADO's attorney of record, Mr. Wayne Mayer, Esq. on January 3, 2007 under case no. 07 mj 2966.

MAYFIELD & ASSOCIATES
ATTORNEYS AT LAW
462 STEVENS AVENUE, SUITE 303
SOLANA BEACH, CA 92075-2066

This Joinder is filed in the interest of judicial economy because the circumstances surrounding the continued detention of the material witnesses are very similar and the witnesses are all being held for their testimony in the same above referenced case (08 cr 0095). HERNANDEZ and SANCHEZ have been incarcerated since December 12, 2007 and no qualified sureties have been found to post their bonds.

For the reasons stated in material witnesses GUZMAN, LUNA, and PRECIADO's MOTION FOR VIDEO DEPOSITION AND RELEASE, HERNANDEZ and SANCHEZ respectfully request that the Court order that the material witnesses be deposed and subsequently released to their country of origin.

Dated: January 22, 2008 Mayfield & Associates

By: /s/ Gayle Mayfield-Venieris
Gayle Mayfield-Venieris, Esq.
Attorney for Material Witnesses
FERNANDO HERNANDEZ-VAZQUEZ and
JOSE SANCHEZ-RUBI