Merle N. Schneidewind
California State Bar No. 58242
Attorney at Law
555 Saturn Blvd Suite B504
San Diego CA 92154
(619) 575-2120 Telephone
(619) 575-2170 Facsimile
email: atymerle@pacbell.net

Attorney For:
Sergio Preciado-Diaz (4)

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE JUDGE ROGER T. BENETIZ

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. SERGIO PRECIADO-DIAZ Defendant | Case No. 08-CR-0095 BEN<br><br>CERTIFICATE OF SERVICE |

Counsel for Defendant thereby certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**Mailing Information for a Case: 3:08-CR-95**

Electronic Mail Notice List

The following are those who are currently on the list to receive email notices for this case.

**3:08-CR-0095 Notice has been electronically mailed to:**

| | |
|---|---|
| Benjamin P Lechman | benlechman@hotmail.com |
| Merle N Schneidewind | atymerle@pacbell.net |
| Gayle J Mayfield-Venieris | federal@mayfield-law.com, mayfieldlaw@gmail.com |
| Leila W Morgan | Leila_Morgan@fd.org, Angelica_Hernandez@fd.org |

| | |
|---|---|
| USAttorney CR | Efil.dkt.gc2@usdoj.gov |
| Stewart Michael Young | stewart.young@usdoj.gov, efiledkt.gc1@usdoj.gov |

The following is the list of attorneys who are not on the list to receive e-mail notices for this case (who therefore requir3 manual noticing). You may wish to use your mouse to select and copy this list into your word processing pogram in order to create notices or labels for these recipients.
(No Manual recipients)

I declare under penalty of perjury that the foregoing is true and correct executed on February 7, 2008.

/s/ Merle N. Schneidewind
Merle N. Schneidewind
Attorney for Defendant
Sergio Preciado-Diaz