KAREN P. HEWITT
United States Attorney
FRED SHEPPARD
Assistant United States Attorney
California State Bar No. 250781
United States Attorney's Office
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7176
Facsimile: (619) 235-2757
Email: fred.sheppard@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. JOSE VILLAREAL-RAMOS et al., Defendant. | Case No. 09 CR 0095 BEN **NOTICE OF APPEARANCE** |

TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:

I, the undersigned attorney, enter my appearance as counsel for the United States in the above-captioned case. I certify that I am admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4.

The following government attorneys (who are admitted to practice in this court or authorized to practice under CivLR 83.3.c.3-4) are also associated with this case, should be listed as lead counsel for CM/ECF purposes, and should receive all Notices of Electronic Filings relating to activity in this case:

Name

Fred Sheppard

Effective this date, the following attorneys are no longer associated with this case and should not receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

Name

None.

Please call me at the above-listed number if you have any questions about this notice.

DATED: February 22, 2008

Respectfully submitted,

KAREN P. HEWITT
United States Attorney

/s/ *Fred Sheppard*

Fred Sheppard
Assistant United States Attorney

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>JOSE VILLAREAL-RAMOS,<br>Defendant. | Case No. 08 CR 0095 BEN<br><br>**CERTIFICATE OF SERVICE** |

IT IS HEREBY CERTIFIED THAT:

I, Fred Sheppard, am a citizen of the United States and am at least eighteen years of age. My business address is 880 Front Street, Room 6293, San Diego, California 92101-8893.

I am not a party to the above-entitled action. I have caused service of the Notice of Appearance as lead counsel for the United States, dated February 22, 2008, and this Certificate of Service, dated February 22, 2008, on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

**Leila Morgan**
Attorney for Defendant Jose Villareal-Ramos
**Benjamin Lechman**
Attorney for Defendant Concepcion Garcia-Orozco
**Merle Schneidewind**
Attorney for Defendant Sergio Preciado-Garcia
**Wayne Mayer**
**Gayle Mayfield**
Attorneys for Material Witnesses

I declare under penalty of perjury that the foregoing is true and correct.
Executed on February 22, 2008.

/s/ *Fred Sheppard*
Fred Sheppard
Assistant United States Attorney