UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff | CRIMINAL NO. 08CR95-BEN |
| vs. | ORDER |
| JOSE VILLAREAL-RAMOS, ET AL Defendant(s) | RELEASING MATERIAL WITNESS |
| | Booking No. |

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

MIRTA YOLANDA LUNA-PORTILLO

DATED: 3/27/08

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ____________
**DUSM**

**OR**

W. SAMUEL HAMRICK, JR. Clerk

**by** J. Gradek **Deputy Clerk**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082